In the Matter of the Application of RAFFAELE BIANCHI, Doing Business as NASSAU PAINTING SERVICE, Respondent, for an Order Directing That Arbitration Proceed between the Petitioner and IRVING KANTER, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.